IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY SMITH,
ADC #14608                                                                                   PLAINTIFF

v.                                          4:13CV00025 KGB-JTK

TIMOTHY ADAMS, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that defendant Van Buren County Detention Center is DISMISSED.

Dated this 29th day of May, 2013.

_____
Kristine G. Baker
United States District Judge

1