**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY SMITH                                                                                            PLAINTIFF

v.                                            4:13CV00025-KGB-JTK

TIMOTHY ADAMS                                                                                        DEFENDANT

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss for failure to prosecute, pursuant to Local Rule 5.5(c)(2) (Doc. No. 21). In support, Defendant states that discovery requests mailed to Plaintiff at his last-known address were returned to Sender, and that Plaintiff has not notified Defendant or this Court of a change in his address.

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the granting of Defendant's Motion and the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

IT IS SO ORDERED this 2nd day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE