IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY SMITH                                                                                          PLAINTIFF

v.                          Case No. 4:13-cv-00025-KGB-JTK

TIMOTHY ADAMS                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and is hereby, dismissed without prejudice for failure to prosecute.

DATED this 22nd day of October, 2013.

_____
Kristine G. Baker
United States District Judge